UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. BLANCK,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF HUMBOLDT,<br><br>    Defendant. | Case No.  19-cv-03055-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **September 17, 2020**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 24, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: July 31, 2020

_____
Richard Seeborg
United States District Judge