CYNDY DAY-WILSON, ESQ.  (*SBN 135045*)
DW LAW
628 H Street
Eureka, CA 95501
Telephone:  (707) 798-5048
cdaywilson@daywilsonlaw.com

Attorney for Plaintiff Jeffrey S. Blanck

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY S. BLANCK,**<br><br>             Plaintiff,<br><br>      vs.<br><br>**HUMBOLDT COUNTY, a political subdivision of the State of California; HUMBOLDT COUNTY BOARD OF SUPERVISORS, CHAIR REX BOHN; VIRGINIA BASS; ESTELLE FENNEL; MIKE WILSON; STEVE MADRONE, in their official capacities; and, DOES 1 THROUGH 10,**<br><br>             Defendants. | Case No.: 3:19-cv-03055 RS<br><br> ORDER<br>**NOTICE OF SETTLEMENT; STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

**TO THE HONORABLE JUDGE RICHARD G. SEEBORG:**  The parties to this action, by and through their attorneys of record, hereby stipulate to dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), based on a negotiated settlement agreed to and executed by all parties on August 20, 2020.  Each party to bear its own attorney's fees and costs.

Dated: September 3, 2020

LAW OFFICE OF CYNDY DAY-WILSON

_____
Cyndy Day-Wilson, Esq.
Attorney for Plaintiff, Jeffrey S. Blanck

Dated: September 3, 2020

BEST BEST & KRIEGER LLP

_____
Stacey N. Sheston, Esq.
Attorneys for Defendants Humboldt County and its Board of Supervisors

### **ORDER**

The stipulation is hereby approved.  The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.  Each party to bear its own attorneys' fees and costs.

Dated: __September 3__, 2020

_____
Judge Richard G. Seeborg
U.S. District Court Judge, Northern District of California